# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

J. J. M.,                                    :
                    Petitioner              :
                                            :    **CASE SEALED**
          v.                                :    No. 386 M.D. 2017
                                            :
Pennsylvania State Police,                  :
                    Respondent              :


**PER CURIAM**                    **O R D E R**


    **NOW**, April 27, 2018, it is ordered that the above-captioned Memorandum Opinion, filed March 20, 2018, shall be designated OPINION and shall be REPORTED.